IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YUSUF JAHI KAFELE, | ) | |
| | ) | |
| Petitioner, | ) | 4:06cv3310 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    In an Order to Show Cause dated January 26, 2007 (filing no. 4), Magistrate Judge F. A. Gossett directed the petitioner, Yusuf Jahi Kafele, to show cause in writing by February 15, 2007, whether Mr. Kafele has exhausted his habeas corpus claims at issue in this case by previously presenting them to the Nebraska appellate courts.[1] Magistrate Judge Gossett warned the petitioner that, in the absence of a timely and sufficient response to the Order to Show Cause, this matter could be subject, without further notice, to dismissal without prejudice.

    There has been no response by the petitioner, and the deadline for the required action has expired. Thus, this case is deemed abandoned. A separate judgment will be entered dismissing the matter without prejudice.

    SO ORDERED.

    DATED this 23rd day of February, 2007.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            United States District Judge

---

[1] In his Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, Yusuf Jahi Kafele alleges violations of his constitutional rights in connection with criminal proceedings currently in progress in the state courts.